**1:19CR622-1**

**FILED**
8/5/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

     Plaintiff,

**JUDGE ELLIS**
**MAGISTRATE JUDGE COX**

v.

DAVID KEL BALDWIN, JR.,

     Defendant.            **INDICTMENT**

_____/

The Grand Jury charges:

### COUNT 1
### (Assault Resulting in Substantial Bodily Injury)

On or about August 12, 2016, in Gogebic County, on land held in trust by the
United States for the use of the Lac Vieux Desert Band of Lake Superior Chippewa
Indians, in the Northern Division of the Western District of Michigan, the
defendant,

### DAVID KEL BALDWIN, JR.,

an Indian, assaulted J.P.B., his spouse and intimate partner, and such assault
resulted in substantial bodily injury to J.P.B.

**18 U.S.C. § 113(a)(7)**
**18 U.S.C. § 113(b)(1), (3)**
**18 U.S.C. § 2266(7)**
**18 U.S.C. § 1151**
**18 U.S.C. § 1153**

## COUNT 2
### (Assault Resulting in Serious Bodily Injury)

On or about August 12, 2016, in Gogebic County, on land held in trust by the

United States for the use of the Lac Vieux Desert Band of Lake Superior Chippewa

Indians, in the Northern Division of the Western District of Michigan, the

defendant,

**DAVID KEL BALDWIN, JR.,**

an Indian, did assault J.P.B., resulting in serious bodily injury.

**18 U.S.C. § 113(a)(6)**
**18 U.S.C. § 113(b)(2)**
**18 U.S.C. § 1151**
**18 U.S.C. § 1153**

## COUNT 3
### (Assault With a Dangerous Weapon)

On or about August 12, 2016, in Gogebic County, on land held in trust by the United States for the use of the Lac Vieux Desert Band of Lake Superior Chippewa Indians, in the Northern Division of the Western District of Michigan, the defendant,

**DAVID KEL BALDWIN, JR.,**

an Indian, did assault A.J.J. with a dangerous weapon, that is, one or both of the following, a glass jar and a wooden chair, with the intent to do bodily harm.

**18 U.S.C. § 113(a)(3)**
**18 U.S.C. § 1151**
**18 U.S.C. § 1153**

A TRUE BILL

_____
GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

_____
PAUL D. LOCHNER
Assistant United States Attorney

3

AO 245B (MIWD Rev. 12/16)- Judgment in a Criminal Case

# United States District Court
### Western District of Michigan

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|

-vs-

DAVID KEL BALDWIN, JR.

Case Number: 2:16-cr-21-01

USM Number: 21253-040

Karl Numinen
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to Count Two of the Indictment.

☐ pleaded nolo contendere to Count(s) ___, which was accepted by the court.

☐ was found guilty on Count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Offense Ended | Count No. |
|---|---|---|
| 18 U.S.C. § 113(a)(6) | August 12, 2016 | Two |

Nature of Offense

Assault Resulting in Serious Bodily Injury

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ Counts One and Three are dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: April 24, 2017

DATED: April 25, 2017

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge

AO 245B (MIWD Rev. 12/16)- Judgment in a Criminal Case

Judgment – Page 2
Defendant: DAVID KEL BALDWIN, JR.
Case Number: 2:16-cr-21-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **forty-one (41) months.**

☒  The Court makes the following recommendations to the Bureau of Prisons:

That the defendant receive educational and vocational training opportunities.
That the defendant receive a substance abuse assessment and participate in a medicine-based treatment program if available.  If a medicine-based treatment program is not available, then the defendant should be screened for participation in the Residential Drug Abuse Program.
That the defendant participate in anger management counseling.

☒  The defendant is remanded to the custody of the United States Marshal.
☐  The Defendant shall surrender to the United States Marshal for this district:
 ☐  At _____ on _____.
 ☐  As notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 ☐  Before 2:00 P.M. on _____.
 ☐  As notified by the United States Marshal.
 ☐  As notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ To _____

At _____, with a certified copy of this judgment.

_____
United States Marshal

By: _____
  Deputy United States Marshal

AO 245B (MIWD Rev. 12/16)- Judgment in a Criminal Case

Judgment – Page 3
Defendant: DAVID KEL BALDWIN, JR.
Case Number: 2:16-cr-21-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **three (3) years**.

## MANDATORY CONDITIONS

1.      You must not commit another federal, state or local crime.

2.      You must not unlawfully possess a controlled substance.

3.      You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

☐      The above drug testing condition is suspended, based on the Court's determination that you pose a low risk of future substance abuse. *(Check if applicable)*

4.   ☒   You must cooperate in the collection of DNA as directed by the probation officer. *(Check if applicable)*

5.   ☐   You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) As directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(Check if applicable)*

6.   ☐   You must participate in an approved program for domestic violence. *(Check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (MIWD Rev. 12/16)- Judgment in a Criminal Case

Judgment – Page 4
Defendant: DAVID KEL BALDWIN, JR.
Case Number: 2:16-cr-21-01

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the Court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with the law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court as has provided me with a written copy of this judgement containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions,* available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (MIWD Rev. 12/16)- Judgment in a Criminal Case

Judgment – Page 5
Defendant: DAVID KEL BALDWIN, JR.
Case Number: 2:16-cr-21-01

## SPECIAL CONDITIONS OF SUPERVISION

1.  You must participate in a program of testing and treatment for substance abuse, as directed by the probation officer, and follow the rules and regulations of that program until such time as you are released from the program by the probation officer, and shall pay at least a portion of the cost according to your ability, as determined by the probation officer.

2.  You must not use/possess any alcoholic beverages and shall not frequent any establishments whose primary purpose is the sale/serving of alcohol.

3.  You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office will share financial information with the U.S. Attorney's Office.

Judgment – Page 6
Defendant: DAVID KEL BALDWIN, JR.
Case Number: 2:16-cr-21-01

## CRIMINAL MONETARY PENALTIES[1]

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on the following pages.

| Assessment | Fine | Restitution |
|:---:|:---:|:---:|
| **$100.00** | **$2,000.00** | -0- |

☐ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss | Restitution Ordered | Priority or Percentage |
|:---|:---|:---|:---|
| | | | |

☐ Restitution amount ordered pursuant to plea agreement:                $

☐ The defendant must pay interest on restitution and/or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The Court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the fine.

☐ the interest requirement is waived for the restitution.

☐ the interest requirement for the fine is modified as follows:

☐ the interest requirement for the restitution is modified as follows:

---

[1] Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (MIWD Rev. 12/16)- Judgment in a Criminal Case

Judgment – Page 7
Defendant: DAVID KEL BALDWIN, JR.
Case Number: 2:16-cr-21-01

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A    ☒    Lump sum payment of **$100.00** due immediately, balance due

            ☐ not later than _____ , or

            ☒ in accordance with ☐ C,   ☐ D,   ☐ E, or   ☒ F, below; or

B    ☐    Payment to begin immediately (may be combined with C, D, or F, below); or

C    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $_____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment, or

D    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $_____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E    ☐    Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    ☒    Special instructions regarding the payment of criminal monetary penalties:

> The restitution and/or fine is to be paid in minimum quarterly installments of $25.00 based on IFRP participation, or minimum monthly installments of $20.00 based on UNICOR earnings, during the period of incarceration, to commence 60 days after the date of this judgment. Any balance due upon commencement of supervision shall be paid, during the term of supervision, in minimum monthly installments of $100.00 to commence 60 days after release from imprisonment. The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to any outstanding court-ordered financial obligations.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court, 399 Federal Building, 110 Michigan N.W., Grand Rapids, MI 49503, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and corresponding payee, if appropriate:

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

# United States District Court
## Western District of Michigan (Northern Division (2))
### CRIMINAL DOCKET FOR CASE #: 2:16-cr-00021-PLM All Defendants

Case title: USA v. Baldwin                              Date Filed: 09/14/2016
Magistrate judge case number: 2:16-mj-00011-TPG         Date Terminated: 04/25/2017

Assigned to: District Judge Paul L.
Maloney

### defendant (1)

**David Kel Baldwin, Jr.**                 represented by   **Karl Numinen**
*TERMINATED: 04/25/2017*                                   Numinen, DeForge & Mathieu, PC
*identified on initiating document as*                     105 Meeske Ave.
David King Baldwin                                         Marquette, MI 49855
*TERMINATED: 04/25/2017*                                   (906) 226-2580
                                                           Fax: (906) 226-2248
                                                           Email: karl@numinenlaw.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Retained*

**Pending Counts**                                         **Disposition**

18:113(a)(6), 18:113(b)(2), 18:1151,                       Defendant sentenced to 41 months
18:1153 ASSAULT RESULTING IN                               in custody followed by 3 years
SUBSTANTIAL BODILY INJURY;                                 supervised release; shall pay
assault resulting in serious bodily                        $2,000 fine and $100 special
injury                                                     assessment
(2)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                      **Disposition**

18:113(a)(7), 18:113(b)(1), (3),
18:2266(7), 18:1151, 18:1153                               Dismissed upon motion by the
ASSAULT RESULTING IN                                       government
SUBSTANTIAL BODILY INJURY
(1)

18:113(a)(3), 18:1151, 18:1153                             Dismissed upon motion by the
ASSAULT WITH INTENT TO                                     government

MURDER (MARITIME); assault with
a dangerous weapon
(3)

**Highest Offense Level
(Terminated)**

Felony

**Complaints**                                         **Disposition**

18:113A.F 18 U.S.C. 113(a)(3); 18
U.S.C. 1151; 18 U.S.C. 1153
Assault With A Dangerous Weapon

---

**Plaintiff**

**USA**                              represented by **Paul David Lochner**
                                                    U.S. Attorney (Marquette)
                                                    Huntington Bank Building, 2nd Fl.
                                                    1930 US 41 W
                                                    Marquette, MI 49855
                                                    (906) 226-2500
                                                    Email: paul.lochner@usdoj.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2016 | 1 | COMPLAINT as to David King Baldwin (Attachments: # 1 Continuation of Criminal Complaint) (cam) [2:16-mj-00011-TPG] (Entered: 08/26/2016) |
| 08/29/2016 | 3 | MOTION for writ of habeas corpus ad prosequendum *with proposed order and writ* by USA as to David King Baldwin (Lochner, Paul) [2:16-mj-00011-TPG] (Entered: 08/29/2016) |
| 08/30/2016 | 4 | (DISREGARD) ORDER granting motion for writ of habeas corpus ad prosequendum 3 as to David King Baldwin (1) ; signed by Magistrate Judge Timothy P. Greeley (Magistrate Judge Timothy P. Greeley, cam) Modified on 8/30/2016 - docketed incorrectly (cam). [2:16-mj-00011-TPG] (Entered: 08/30/2016) |
| 08/30/2016 |  | (DISREGARD) WRIT of habeas corpus ad testificandum issued in case as to David King Baldwin (cam) Modified on 8/30/2016 (cam). [2:16-mj-00011-TPG] (Entered: 08/30/2016) |
| 08/30/2016 |  | (NON-DOCUMENT) NOTICE that Writ of Habeas Corpus ad Testificandum Issued, Order on Motion for Writ of Habeas Corpus ad |

| | | |
|---|---|---|
| | | prosequendum, 4 was filed in error as to David King Baldwin and should be disregarded - docketed incorrectly (cam) [2:16-mj-00011-TPG] (Entered: 08/30/2016) |
| 08/30/2016 | 5 | PETITION AND ORDER for writ of habeas corpus ad prosequendum as to defendant David King Baldwin returnable 9/1/2016 at 2:15 pm ; signed by Magistrate Judge Timothy P. Greeley (Attachments: # 1 Writ) (Magistrate Judge Timothy P. Greeley, cam) [2:16-mj-00011-TPG] (Entered: 08/30/2016) |
| 08/30/2016 | | WRIT of habeas corpus ad prosequendum issued as to David King Baldwin (cam) [2:16-mj-00011-TPG] (Entered: 08/30/2016) |
| 08/31/2016 | | WARRANT EXECUTED; defendant David King Baldwin arrested by FBI agent Mark Hoff in L'Anse, MI (USM Control Room, jjr) [2:16-mj-00011-TPG] (Entered: 09/01/2016) |
| 09/01/2016 | 6 | MOTION for detention by USA as to David King Baldwin (Lochner, Paul) [2:16-mj-00011-TPG] (Entered: 09/01/2016) |
| 09/01/2016 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Karl Numinen for defendant David King Baldwin [Attorney Karl Numinen added to party David King Baldwin(pty:dft)] (Numinen, Karl) [2:16-mj-00011-TPG] (Entered: 09/01/2016) |
| 09/01/2016 | 7 | MINUTES of FIRST APPEARANCE of defendant David King Baldwin held before Magistrate Judge Timothy P. Greeley (Proceedings Digitally Recorded) (Magistrate Judge Timothy P. Greeley, cam) [2:16-mj-00011-TPG] (Entered: 09/01/2016) |
| 09/01/2016 | 8 | NOTICE OF HEARING as to defendant David King Baldwin detention hearing set for 9/9/2016 at 03:30 PM at Marquette, MI before Magistrate Judge Timothy P. Greeley; (Magistrate Judge Timothy P. Greeley, cam) [2:16-mj-00011-TPG] (Entered: 09/01/2016) |
| 09/02/2016 | 9 | ORDER OF DETENTION pending trial as to defendant David King Baldwin ; signed by Magistrate Judge Timothy P. Greeley (Magistrate Judge Timothy P. Greeley, cam) [2:16-mj-00011-TPG] (Entered: 09/02/2016) |
| 09/06/2016 | 10 | (RESTRICTED ACCESS) PRETRIAL SERVICES REPORT as to David King Baldwin [Access to this document is available to the Court and temporarily available to attorney(s) for USA, David King Baldwin only] (USPO Luce, Matthew)/kjk))[2:16-mj-00011-TPG] Modified to revoke attorney access on 9/15/2016 (cam). (Entered: 09/06/2016) |
| 09/06/2016 | 11 | NOTICE rescheduling hearing as to David King Baldwin that was previously set for 9/9/2016 at 3:30 p.m.; detention hearing set for 9/15/2016 at 02:00 PM at Marquette, MI before Magistrate Judge Timothy P. Greeley; (Magistrate Judge Timothy P. Greeley, cam) [2:16-mj-00011-TPG] (Entered: 09/06/2016) |
| 09/14/2016 | 12 | INDICTMENT as to David Kel Baldwin, Jr (mlc) (Entered: 09/14/2016) |
| | | |

| 09/15/2016 | 13 | MINUTES of ARRAIGNMENT as to David Kel Baldwin Jr. (1) Count 1,2,3; defendant stood mute, DETENTION hearing as to defendant David Kel Baldwin, Jr held before Magistrate Judge Timothy P. Greeley (Proceedings Digitally Recorded) (Magistrate Judge Timothy P. Greeley, cam) (Entered: 09/15/2016) |
| --- | --- | --- |
| 09/15/2016 | 14 | ORDER SCHEDULING PROGRESSION OF CASE as to defendant David Kel Baldwin, Jr: initial pretrial conference set for 10/31/2016 at 03:00 PM at Marquette, MI before Magistrate Judge Timothy P. Greeley; motions due by 10/27/2016; final pretrial conference set for 12/5/2016 at 10:00 AM at Marquette, MI before Magistrate Judge Timothy P. Greeley; jury trial set for 12/15/2016 at 09:00 AM at Marquette, MI before Judge Robert Holmes Bell; ; signed by Magistrate Judge Timothy P. Greeley (Magistrate Judge Timothy P. Greeley, cam) (Entered: 09/15/2016) |
| 09/23/2016 | 15 | NOTICE OF HEARING as to defendant David Kel Baldwin, Jr detention hearing set for 9/29/2016 at 02:00 PM at Marquette, MI before Magistrate Judge Timothy P. Greeley; (Magistrate Judge Timothy P. Greeley, cam) (Entered: 09/23/2016) |
| 09/29/2016 | 16 | MINUTES of DETENTION hearing as to defendant David Kel Baldwin, Jr held before Magistrate Judge Timothy P. Greeley (Proceedings Digitally Recorded) (Magistrate Judge Timothy P. Greeley, cam) (Entered: 09/29/2016) |
| 09/29/2016 | 17 | (DISREGARD) DETENTION ORDER AND ORDER granting motion for detention 6 as to David Kel Baldwin Jr. (1) ; signed by Magistrate Judge Timothy P. Greeley (Magistrate Judge Timothy P. Greeley, cam) Modified on 10/3/2016 - order has the incorrect case number (cam). (Entered: 09/29/2016) |
| 09/29/2016 | 18 | CORRECTED ORDER OF DETENTION and order granting detention motion 6 as to defendant David Kel Baldwin, Jr - replaces 17 which has the incorrect case number ; signed by Magistrate Judge Timothy P. Greeley (Magistrate Judge Timothy P. Greeley, cam) (Entered: 10/03/2016) |
| 10/27/2016 | 19 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by USA as to defendant David Kel Baldwin, Jr (Lochner, Paul) (Entered: 10/27/2016) |
| 10/28/2016 | 20 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by defendant David Kel Baldwin, Jr (Numinen, Karl) (Entered: 10/28/2016) |
| 10/31/2016 | 21 | MINUTES of INITIAL PRETRIAL CONFERENCE held as to defendant David Kel Baldwin, Jr held before Magistrate Judge Timothy P. Greeley (Proceedings Digitally Recorded) (Magistrate Judge Timothy P. Greeley, cam) (Entered: 10/31/2016) |
| 11/01/2016 | 22 | ORDER TO CONTINUE - ends of justice continuance as to defendant David Kel Baldwin, Jr ; time is excluded from 11/1/2016 until 2/13/2017 jury trial set for 2/13/2017 at 09:00 AM at Marquette, MI before Chief Judge Robert J. Jonker; final pretrial conference set for 2/6/2017 at |

| | | |
|---|---|---|
| | | 10:15 AM at Marquette, MI before Magistrate Judge Timothy P. Greeley; ; signed by Magistrate Judge Timothy P. Greeley (Magistrate Judge Timothy P. Greeley, cam) (Entered: 11/01/2016) |
| 11/07/2016 | | Copy of Order to Continue - Ends of Justice, 22 as to defendant David Kel Baldwin, Jr distributed to Judge Jonker's Chambers (mlc) (Entered: 11/07/2016) |
| 01/03/2017 | 23 | NOTICE OF HEARING as to David Kel Baldwin, Jr status conference set for 1/4/2017 at 02:30 PM at Marquette, MI before Magistrate Judge Timothy P. Greeley; (Magistrate Judge Timothy P. Greeley, cam) (Entered: 01/03/2017) |
| 01/04/2017 | 24 | MINUTES of status conference as to defendant David Kel Baldwin, Jr held before Magistrate Judge Timothy P. Greeley (Proceedings Digitally Recorded) (Magistrate Judge Timothy P. Greeley, cam) (Entered: 01/04/2017) |
| 01/04/2017 | 25 | AMENDED MINUTES of Status Conference 24 as to defendant David Kel Baldwin, Jr to correct date of conference only held before Magistrate Judge Timothy P. Greeley (Proceedings Digitally Recorded) (Magistrate Judge Timothy P. Greeley, cam) (Entered: 01/09/2017) |
| 01/12/2017 | 26 | NOTICE that this case as to defendant David Kel Baldwin, Jr is reassigned to Chief Judge Robert J. Jonker for all further proceedings pursuant to Administrative Order No. 17-CA-008 ; Judge Robert Holmes Bell no longer assigned to the case (krv) (Entered: 01/12/2017) |
| 01/13/2017 | 27 | NOTICE of intent to call opinion witnesses by USA as to David Kel Baldwin, Jr (Lochner, Paul) (Entered: 01/13/2017) |
| 01/17/2017 | 28 | TRANSCRIPT of Arraignment and Detention Hearing as to defendant David Kel Baldwin, Jr held 09/15/2016 before Magistrate Timothy P. Greeley ; NOTE: this transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the release of transcript restriction date; after that date it may be obtained through PACER; under the Policy Regarding Transcripts the parties have 14 days within which to file a Notice of Intent to Request Redaction, and 21 days within which to file a Redaction Request; if no Redaction Request is filed, the court will assume redaction of personal identifiers is not necessary and this transcript will be made available via PACER after the release of transcript restriction set for 4/17/2017 ; redaction request due 2/7/2017 (Court Reporter: Trexler, Glenda (517) 819-0396) (Entered: 01/17/2017) |
| 01/17/2017 | 29 | NOTICE OF HEARING as to David Kel Baldwin, Jr: telephone scheduling/status conference set for 1/25/2017 at 09:00 AM before Magistrate Judge Timothy P. Greeley; (Chief Judge Robert J. Jonker, sdb) (Entered: 01/17/2017) |
| 01/24/2017 | 30 | ORDER to extend plea agreement deadline as to defendant David Kel Baldwin, Jr ; signed by Magistrate Judge Timothy P. Greeley (Magistrate Judge Timothy P. Greeley, cam) (Entered: 01/24/2017) |

| 02/02/2017 | 31 | NOTICE as to David Kel Baldwin, Jr: change of plea hearing is set for 2/3/2017 at 02:30 PM at Marquette, MI before Magistrate Judge Timothy P. Greeley; (Magistrate Judge Timothy P. Greeley, cam) (Entered: 02/02/2017) |
|---|---|---|
| 02/02/2017 | 32 | PLEA AGREEMENT as to David Kel Baldwin, Jr with consent of defendant to Magistrate Judge presiding over plea proceedings (Lochner, Paul) (Entered: 02/02/2017) |
| 02/03/2017 | 33 | MINUTES of CHANGE OF PLEA as to defendant David Kel Baldwin, Jr held before Magistrate Judge Timothy P. Greeley (Proceedings Digitally Recorded) (Magistrate Judge Timothy P. Greeley, cam) (Entered: 02/03/2017) |
| 02/03/2017 | 34 | REPORT AND RECOMMENDATION that the guilty plea of David Kel Baldwin, Jr as to Count 2 be accepted ; objections to R&R due within 14 days ; signed by Magistrate Judge Timothy P. Greeley (Magistrate Judge Timothy P. Greeley, cam) (Entered: 02/03/2017) |
| 02/06/2017 | 35 | NOTICE as to defendant David Kel Baldwin, Jr: sentencing set for 4/24/2017 at 04:00 PM at Marquette, MI before District Judge Paul L. Maloney; defense counsel should review the obligations section of the WDMI website (Magistrate Judge Timothy P. Greeley, cam) (Entered: 02/06/2017) |
| 02/07/2017 | 36 | ☐OTICE that this case as to defendant David Kel Baldwin, Jr is reassigned to District Judge Paul L. Maloney for all further proceedings pursuant to Administrative Order Number 05-108 ; Chief Judge Robert J. ☐onker no longer assigned to case (cep) (Entered: 02/07/2017) |
| 03/06/2017 | 37 | ORDER ADOPTING REPORT AND RECOMMENDATION 34 as to David Kel Baldwin, Jr; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, acr) (Entered: 03/06/2017) |
| 03/16/2017 | 38 | (RESTRICTED ACCESS) INITIAL PRESENTENCE REPORT as to David Kel Baldwin, Jr ; an objection meeting, if necessary, is scheduled for April 3, 2017, at 3:00 p.m., in Marquette with this U.S. Probation Officer [Access to this document is available to the Court and attorney(s) for USA, David Kel Baldwin, Jr only] (USPO Hechtman, Joshua)/kcw)) (Entered: 03/16/2017) |
| 04/07/2017 | 39 | (RESTRICTED ACCESS) OBJECTION/RESPONSE to Presentence Report, 38 by USA [Access to this document is available to the Court and attorney(s) for USA, David Kel Baldwin, Jr only] (Lochner, Paul) (Entered: 04/07/2017) |
| 04/13/2017 | 40 | (RESTRICTED ACCESS) FINAL PRESENTENCE REPORT as to David Kel Baldwin, Jr [Access to this document is available to the Court and attorney(s) for USA, David Kel Baldwin, Jr only] (USPO Hechtman, Joshua)/kcw)) (Entered: 04/13/2017) |
| 04/21/2017 | 41 | CHARACTER REFERENCE LETTER(S) re David Kel Baldwin, Jr (Numinen, Karl) (Entered: 04/21/2017) |

| 04/24/2017 | 42 | MINUTES of SENTENCING for David Kel Baldwin, Jr. (1), Counts 1, 3, Dismissed upon motion by the government; Count 2, Defendant sentenced to 41 months in custody followed by 3 years supervised release; shall pay $2,000 fine and $100 special assessment; defendant advised of right to appeal; held before District Judge Paul L. Maloney (Court Reporter: Kathleen Thomas) (Judge Paul L. Maloney, acr) (Entered: 04/24/2017) |
|---|---|---|
| 04/25/2017 | 43 | JUDGMENT as to defendant David Kel Baldwin, Jr; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, acr) (Entered: 04/25/2017) |
| 04/25/2017 | 44 | (RESTRICTED ACCESS) STATEMENT OF REASONS re 43 as to David Kel Baldwin, Jr [Access to this document is available to the Court and attorney(s) for USA, David Kel Baldwin, Jr only] (Judge Paul L. Maloney, acr) (Entered: 04/25/2017) |
| 07/31/2019 | 46 | ORDER TRANSFERRING JURISDICTION of probationer/supervised releasee David Kel Baldwin, Jr to Northern District of Illinois; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, cmc) (Entered: 07/31/2019) |
| 08/02/2019 | 47 | PROBATION/SUPERVISED RELEASE JURISDICTION TRANSFERRED to NORTHERN DISTRICT OF ILLINOIS as to David Kel Baldwin, Jr and assigning case number 1:19-CR-00622 (USPO Clerk, dmt) (Entered: 08/02/2019) |
| 08/02/2019 | 48 | NOTICE OF TRANSFER to Illinois Northern District Court of a Transfer of Jurisdiction as to David Kel Baldwin, Jr, their case number: 1:19-cr-00622 (Attachments: # 1 Docket Report and Transfer Documents) (mlc) (Entered: 08/05/2019) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/05/2019 17:37:10 | | |
| PACER Login: | honeyk123:5334895:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:16-cr-00021-PLM |
| Billable Pages: | 5 | Cost: | 0.50 |